IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr35

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ERIC CHRISTOPHER ORR | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for enlargement of the time to file pretrial motions. (Doc. No. 10).

Because the time period for filing such motions has not yet expired (Doc. No. 7: Scheduling Order), the defendant's request is premature.

**IT IS, THEREFORE, ORDERED** that the motion to enlarge the time to file pre-trial motions is DENIED without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: April 2, 2009

Robert J. Conrad, Jr.
Chief United States District Judge