IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr35

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>ERIC CHRISTOPHER ORR )<br>) | ORDER |

**THIS MATTER** is before the Court upon motion of the government to set a certain trial date in this case which was pending during the August 2009 trial term in the Charlotte Division. (Doc. No. 19). Counsel for the defendant does not object to the motion.

For the reasons stated in the motion, the Court finds that setting a date certain is in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the motion is **GRANTED**, and the proof in this trial will not begin before August 31, 2009. The Court may conduct jury selection in advance of that date, depending on the scheduling of other matters.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Marshal.

Signed: August 12, 2009

Robert J. Conrad, Jr.
Chief United States District Judge