UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PRELIMINARY ORDER** |
| | ) | **OF FORFEITURE** |
| ERIC CHRISTOPHER ORR, | ) | |
| | ) | |
| Defendant. | ) | |

In the Bill of Indictment in this case, the United States sought forfeiture of property of the

Defendant as property that was used or intended to be used to facilitate the crimes charged,

which would be subject to forfeiture under 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 853.

Defendant was convicted as to Count One at a trial of this matter. As to that Count,

Defendant was convicted of possession of a firearm by a convicted felon in violation, in

violation of 18 U.S.C. § 922(g)(1).

It is therefore ORDERED:

1.     Based upon Defendant's conviction at trial, the United States is authorized to

seize the following property belonging to Defendant, and it is hereby forfeited to the United

States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

**One Hi-Point C 9 millimeter pistol, serial number 804756 and ammunition.**

2.     Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this

order; notice of its intent to dispose of the property in such manner as the Attorney General may

direct; and notice that any person, other than the Defendant, having or claiming a legal interest in

any of the above-listed forfeited property must file a petition with the Court within thirty days of

the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall

state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons so notified.

3. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

   Signed: September 22, 2009

Robert J. Conrad, Jr.
Chief United States District Judge