# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:09cr35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | **CONFIRMING FORFEITURE** |
| ERIC CHRISTOPHER ORR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 22, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's conviction as to Count One at a trial of this matter. As to Count One, Defendant was charged with possession of a firearm by a convicted felon.

On October 15, 2009 through November 13, 2009, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from October 15, 2009 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Hi-Point C 9 millimeter pistol, serial number 804756 and ammunition.**

Signed: February 10, 2010

Robert J. Conrad, Jr.
Chief United States District Judge